

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00080-CR

**JAMES NEAL MONROE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. F48317

## MEMORANDUM OPINION

James Neal Monroe appealed his conviction for possession of a controlled substance, 1-4 grams. He has now filed a motion to dismiss his appeal. The motion is signed by both Monroe and his attorney.

Monroe's motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed July 3, 2019
Do not publish
[CR25]

